# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW FRADELLOS, on behalf of himself and all other persons similarly situated, **Plaintiff** ) ) ) | |
| ) | **Civil Action No. 16-11995-FDS** |
| v. ) ) | |
| D E & Z C CORPORATION, d/b/a Tiki In Restaurant, **Defendant** ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Andrew Fradellos voluntarily dismisses this action.

ANDREW FRADELLOS, Plaintiff, by:

*/s/Kenneth D. Quat*
BBO#408640
QUAT LAW OFFICES
929 Worcester Rd.
Framingham MA 01701
508-872-1261
ken@quatlaw.com

**<u>Certificate of Service</u>**

I, Kenneth D. Quat, Esquire, hereby certify that on September 5, 2017, I caused copies of the foregoing document to be served by electronic mail via the Court's CM/ECF system on all registered participants, or by first class mail, postage prepaid, to all non-registered participants, to wit:


D E & Z C Corporation, d/b/a Tiki In Restaurant
30 Mt Auburn St.
Watertown MA02472

Gar Chiang
65 Harrison Ave., Suite 08
Boston MA 02111

*/s/Kenneth D. Quat*